(107 So. 806)

## CHAMBERS et al. v. MAXWELL.
### (6 Div. 623.)

(Supreme Court of Alabama.   March 18, 1926.)

**Appeal and error ⬅549(5)—Exception to trial court's ruling on motion for new trial must appear by bill of exceptions.**

Supreme Court cannot consider trial court's ruling on motion for new trial, where it does not appear by bill of exceptions that an exception was reserved to such ruling.

Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

Action by B. L. Maxwell against W. H. Chambers and another. From a judgment for plaintiff, defendants appeal. Affirmed.

Transferred from Court of Appeals under Code 1923, § 7326.

J. S. McLendon, of Birmingham, for appellants.

Counsel argues the question raised, but without citing authorities.

James G. Adams, Jr., of Miami, Fla., and J. B. Ivey, of Birmingham, for appellee.

In the absence of bill of exceptions, the judgment on motion for new trial will not be considered on appeal. Abrams v. State, 84 So. 785, 17 Ala. App. 328; Crawley v. State, 79 So. 804, 16 Ala. App. 545; Everett v. State (Ala. App.) 106 So. 680.

GARDNER, J.   The only assignment of error here presented relates to the action of the court in overruling defendants' motion for a new trial. The appeal is upon the record; there being no bill of exceptions. Under our previous decisions, that an exception was reserved to such action of the trial court must appear by bill of exceptions, or otherwise the same is not available to appellant. Ex parte Rials, 101 So. 630, 211 Ala. 615; Grand Bay Land Co. v. Simpson, 81 So. 548, 202 Ala. 606; Powell v. Folmar, 78 So. 47, 201 Ala. 271; Akin v. Chancy Bros., 93 So. 408, 207 Ala. 523.

Let the judgment be affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

---

⬅For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes